# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:06cr4

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JOSHUA BRENT SQUIRREL,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| **EASTERN BAND OF CHEROKEE** ) | |
| **INDIANS,** ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Writ of Garnishment [Doc. 155].

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal of Writ of Garnishment [Doc. 155] is **ALLOWED**, and the Writ of Continuing Garnishment [Doc. 127] filed in this case against the Defendant Joshua Brent Squirrel is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: January 6, 2010

Martin Reidinger
United States District Judge